UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA,                SATISFACTION OF JUDGMENT

      -against-                        Criminal Docket
                                                  No. CR-11-0030

JOHN MAGGIO,                             (Matsumoto, J.)

                Defendant.

- - - - - - - - - - - - - - - - -X

        WHEREAS, a judgment of restitution and fine was imposed against the defendant and in favor of the United States of America, in the amount of $12,516.50, that is, restitution in the amount of $11,416.50, a fine in the amount of $1,000.00, and a special assessment in the amount of $100.00, on February 14, 2012, in the above-captioned case, and thereafter entered on the docket sheet by the Clerk of the Court on February 15, 2012; and

        WHEREAS, said judgment has been fully paid as to the defendant JOHN MAGGIO;

2

THEREFORE, the Clerk of the Court is hereby authorized and requested to cancel, satisfy, and discharge the same solely as to the defendant JOHN MAGGIO.

Dated:   Brooklyn, New York
         March 14, 2012

                                  LORETTA E. LYNCH
                                  United States Attorney
                                  Eastern District of New York
                                  271 Cadman Plaza East, 8th Fl.
                                  Brooklyn, New York 11201

By:   *s/Bonni J. Perlin*
      BONNI J. PERLIN
      Assistant U.S. Attorney
      (718)254-6264